IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DIANE ZAPATA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 6:17-CV-03280-BP |
| BRAD COLE, CHRISTIAN COUNTY, MISSOURI, et al, | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION

TO: Tim Mudd
The Mudd Law Firm
1600 Baltimore Ave., Suite 200B
Kansas City, MO 64108

YOU ARE HEREBY NOTIFIED that a deposition will be taken for use in the above-entitled cause as hereinafter set forth:

**PLACE**: Appleby Healy, Attorneys at Law
119 N. 2nd St.
Ozark, MO 65721

**DATE**: Tuesday, March 5, 2019

**TIME**: 9:30 a.m.

**PARTY TO BE DEPOSED**: Corporal DJ Outhouse

**COURT REPORTER**: For the Record (417) 881-1186

**WHITEAKER & WILSON, P.C.**

By /s/ Gary L. Collins
 GARY L. COLLINS
 Missouri Bar No. 53392
 *ATTORNEY FOR PLAINTIFF*

3315 E. Ridgeview, Suite 3000
Post Office Box 3758
Springfield, MO  65808-3758
Telephone No. (417) 882-7400
Facsimile No. (417) 882-6101
Email: glc@wandwlaw.com

**CERTIFICATE OF SERVICE**

     I, the undersigned, do hereby certify that a copy of the above and foregoing document therein was served upon all attorneys of record by:  ( X ) filing electronically (ECF), ( ) faxing, ( ) hand delivering, ( ) overnight mailing, ( ) emailing and/or ( ) mailing a copy to their respective offices, via First Class, U.S. Mail, postage pre-paid on this 25th day of February, 2019 as prescribed by law to the following persons:

Tim Mudd
1600 Baltimore Ave.
Suite 200B
Kansas City, MO  64108

                              /s/ Gary Collins
                              Gary Collins